ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
DANIEL MILLER, ESQ.
Nevada Bar No. 17255
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
E-mail: swanise@gtlaw.com
daniel.miller@gtlaw.com

*Attorneys for Plaintiffs/Counterdefendants*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRYPTONITE PRODUCTS, INC., a Wyoming Corporation; and DURAMAX STORE, INC., a Nevada Corporation,<br><br>Plaintiffs,<br>v.<br><br>AXIOM SUPPLY, a limited liability company; JOSH ARONSON, an individual,<br><br>Defendants.<br><br>AXIOM SUPPLY LLC, a Nevada limited liability company; and JOSH ARONSON, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>KRYPTONITE PRODUCTS, INC., a Wyoming corporation; DURAMAX STORE, INC., a Nevada corporation; and MICHAEL DURAND, an individual,<br><br>Counterdefendants. | CASE NO.: 2:26-cv-02662-APG-MDC<br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff/Counterdefendant Kryptonite Products, Inc. ("Kryptonite"), Plaintiff/Counterdefendant Duramax Store, Inc. ("Duramax"), and Counterdefendant Michael Durand ("Durand" and together

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

with Kryptonite and Duramax, "Counterdefendants"), and Defendants/Counterclaimants Axiom Supply LLC ("Axion") and Josh Aronson ("Josh" and together with Axiom, "Defendants" or "Counterclaimants"), by and through their undersigned counsel of record, after conducting a Rule 26(f) conference, hereby submit the following proposed Joint Discovery Plan and Scheduling Order:

1. **Meeting:** Pursuant to FRCP 26(f) and LR 26-1(a), a meeting was conducted on October 27, 2026 by Eric W. Swanis, Esq. of Greenberg Traurig, LLP for Counterdefendants, and Arthur A. Zorio, Esq., Matthew D. Francis, Esq. and Chelsee C. Jensen, Esq. of Brownstein Hyatt Farber Schreck, LLP for Counterclaimants.

2. **Pre-Discovery Disclosures:** Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any Computation(s) of Damages required pursuant to FRCP Rule 26(a)(1)(A)(iii), by **November 10, 2026**. The parties have agreed to make all pre-discovery and subsequent disclosures via email.

3. **Areas of Discovery:** The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Service of Discovery:** The parties agree that all discovery requests and responses and any other discovery-related documents shall be served on counsel via electronic mail. Such electronic service shall be deemed effective on the date sent and shall not trigger any additional time to respond or otherwise act. To be valid the service must be on the counsel identified in the pleadings. Service to Plaintiffs/Counterdefendants must be to Eric W. Swanis (swanise@gtlaw.com) and Daniel Miller (Daniel.miller@gtlaw.com), and service to Defendants/Counterclaimants must be to Arthur A. Zorio (azorio@bhfs.com), Matthew D. Francis (mfrancis@bhfs.com) and Chelsee C. Jensen (cjensen@bhfs.com). To comply with LR 26-7, originals of responses to written discovery requests must also be served on the party who served the discovery requests, and that party must make the originals available at the pretrial hearing, at trial, or when ordered by the court. Notwithstanding anything stated herein to the contrary, documents produced in response to Rule 34 Requests shall be produced electronically through an FTP site or its equivalent, or as otherwise agreed by the parties.

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5. **Claims of Privilege or Protection**: The parties anticipate entering into a stipulated protective order for the exchange of confidential, private, proprietary and/or protected information given the extent of competitors involved in this case.

6. **Electronically Stored Information:** The parties anticipate that electronically stored information ("ESI") may be implicated in this case and will work together to formulate a mutually-agreeable ESI protocol.

7. **Privilege Logs:** The parties stipulate and agree that attorney-client communications and work product occurring and/or prepared after counsel (GREENBERG TRAURIG, LLP, OSHINSKI & FORSBERG, LTD, and BROWNSTEIN HYATT FARBER SCHRECK, LLP) was engaged by the respective parties do not need to be included.

8. **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties considered the possibility of using alternative dispute-resolution processes such as mediation, arbitration, and early neutral evaluation.

9. **Alternative Forms of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP Rule 73 and the Short Trial Program.

10. **Discovery Motions**: The parties agree that pursuant to LR 26-1(c) they may, but are not required to, request a conference with the assigned magistrate judge prior to filing a discovery motion.

11. **Discovery Plan:**

**A. Discovery Cut-Off Date(s):** The parties agree to a discovery period of one hundred and eighty (180) days after Defendants' first appearance; discovery to be completed no later than **March 22, 2027**. The Parties respectfully note that the bulk of the discovery timeframe occurs over the winter holidays and anticipate that additional time for discovery may be needed. If the Parties require additional time for discovery, they will approach the Court at that time.

/ / /

/ / /

/ / /

**B. Amending the Pleadings and Adding Parties:** The parties shall have until **December 22, 2026**, to file any motions to amend the pleadings to add parties. This is ninety (90) days before the discovery cut-off date.

**C. FRCP Rule 260(2) Disclosure of Experts:** Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(b)(3) as follows: The Disclosure of experts and their reports shall occur on or before **January 21, 2027**. The disclosure of rebuttal experts and their reports shall occur on or before **February 22, 2027**. These deadlines are sixty (60) and thirty (30) days before the discovery cut-off date, respectively.

**D. Dispositive Motions:** The parties shall have until **April 21, 2027**, to file dispositive motions. This is thirty (30) days after the discovery cut-off date.

**E. Pre-Trial Order:** The parties will prepare a Joint Pre-Trial Order by **May 21, 2027**, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline will be suspended if dispositive motions are timely filed until thirty (30) days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3) and objections thereto, shall be made in the pre-trial order.

**F. Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**G. Extensions or Modifications of the Discovery Plan and Scheduling Order:** LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than **March 1, 2027**, twenty-one (21) days before the discovery cut-off.

**IT IS SO ORDERED.**

DATED this 4th day of November, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Eric W. Swanis*

ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
DANIEL MILLER, ESQ.
Nevada Bar No. 17255
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 4th day of November, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Matthew D. Francis*

ARTHUR A. ZORIO, ESQ.
Nevada Bar No.: 6547
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No.: 6978
CHELSEE C. JENSEN, ESQ.
Nevada Bar No.: 14549
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511

*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002